NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: NIGEL PARKER, SEPPO YLA-HERTTUALA,**
*Appellants*

———————————

2017-2244

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/030,399.

———————————

**JUDGMENT**

———————————

J. MARK POHL, Pharmaceutical Patent Attorneys, LLC, Morristown, NJ, argued for appellants.

MARY BETH WALKER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, WILLIAM LAMARCA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LINN, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 17, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |